UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**COGNITIVE SCIENCE LLC,**
a New York LLC formerly known as "Mindless Products, LLC,"

Plaintiff,

v.

**IRA KAUFMAN and ONLINE ADVANTAGE INC.,**
a Virginia Corporation d/b/a/ "Optimized Strategies,"

Defendants.

**STIPULATION AND ORDER TO DISMISS**

Civil Action No.
5:10-cv-797 (FJS-GHL)

ECF CASE

---

IT IS HEREBY STIPULATED AND AGREED THAT, pursuant to Fed. R. Civ. P. 41(a), and whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, dismissed as against all parties, with prejudice upon the merits, and without costs to any party as against the other.

PINNISI & ANDERSON
Attorneys for Plaintiff

By: *Michael D. Pinnisi*
Michael D. Pinnisi
Bar Roll No. 505288
410 East Upland Road
Ithaca, New York 14850

MURPHY & MCKENNA, LLC
Attorneys for Defendants

By: _____
Bryan A. McKenna
Bar Roll No. 514933
1461 Franklin Avenue
Garden City, New York 11530

SO ORDERED
Dated: 1/18/11

_____
HON. Frederick J. Scullin, Jr., Senior U.S.D.J.